Frances EDWARDS et al., Appellants, v. Mary Belle FRYE, Executrix of the Estate of Mason H. Johnson, Deceased, Appellee.

No. 8362.

United States Court of Appeals District of Columbia.

Argued March 13, 1944.

Decided March 30, 1944.

Mr. Jeff Busby, of Washington, D. C., for appellants.

Mr. Belford V. Lawson, Jr., of Washington, D. C., with whom Messrs. George H. Windsor, Wesley S. Williams, and Miss Marjorie McKenzie all of Washington, D. C., were on the brief, for appellee.

Before GRONER, Chief Justice, and EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

We find no error in the record in this case. The judgment of the District Court is affirmed.